**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**GAVIN C. THOMAS,**

                **Plaintiff,**                9:17-cv-1023
                                                      (GLS/CFH)
        v.

**DELANEY et al.,**

                **Defendants**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR PLAINTIFF:**
GAVIN C. THOMAS
Pro Se
16-A-0095
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, NY 12051

**FOR DEFENDANTS:**
HON LETITIA JAMES                 JOHN F. MOORE
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel duly filed on August 13, 2019. (Dkt. No. 67.) Following fourteen

days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 67) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 55) is **DENIED IN PART** and **GRANTED IN PART** as follows:

**DENIED** with respect to plaintiff Gavin C. Thomas' First Amendment free exercise claim against Delaney; and

**GRANTED** in all other respects; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 6, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge